

1011 Westlake Drive
Austin, TX 78746
Phone: (512) 410-1960  |  Fax: (512) 410-6171

---

*Villarreal*

Invoice Date: January 05, 2015
Invoice Number:
Invoice Amount: $8,678.00

## Matter: Samaripa Overtime Case Sept 2013

**Attorney's Fees**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 9/3/2013 | Telephone conference with plaintiffs | K.V.O. | 1.50 | $397.50 |
| 9/11/2013 | Draft Original Complaint | K.V.O. | 3.50 | $927.50 |
| 11/6/2013 | Review Defendants' Original Complaint | K.V.O. | .50 | $132.50 |
| 12/19/2013 | Draft letter to Court re telephonic appearance | K.V.O. | .30 | $79.50 |
| 12/20/2013 | Draft supplement letter to Court | K.V.O. | .20 | $53.00 |
| 1/8/2014 | Draft Joint Discovery/Case Mgmt Order | K.V.O. | 1.50 | $397.50 |
| 1/9/2014 | Scheduling Conference held | K.V.O. | .40 | $106.00 |
| 1/9/2014 | Draft Advisory to the Court | K.V.O. | .30 | $79.50 |
| 5/12/2014 | Draft Motion for Leave and First Amended Complaint | K.V.O. | 1.50 | $397.50 |
| 5/14/2014 | Draft discovery requests | K.V.O. | .60 | $159.00 |
| 6/5/2014 | Telephone conference with P. Villarreal | K.V.O. | .40 | $106.00 |
| 6/5/2014 | Research re: A. Samaripa | K.V.O. | .40 | $106.00 |
| 6/11/2014 | Review Defendants' Motion for Leave | K.V.O. | .30 | $79.50 |
| 6/11/2014 | Draft Objection to Motion for Leave | K.V.O. | 2.00 | $530.00 |
| 6/18/2014 | Review court's order on motions for leave; review local rules | K.V.O. | .40 | $106.00 |
| 8/22/2014 | Draft declarations for seven plaintiffs | K.V.O. | 2.50 | $662.50 |
| 8/23/2014 | Revisions to two declarations and discussions via text/email with those plaintiffs | K.V.O. | .70 | $185.50 |
| 10/30/2014 | Draft Motion for Summary Judgment for 7 of 8 plaintiffs | K.V.O. | 4.50 | $1,192.50 |
| 10/31/2014 | Draft Motion for Summary Judgment for 7 of 8 plaintiffs | K.V.O. | 7.00 | $1,855.00 |
| 11/4/2014 | Draft proposed order | K.V.O. | .70 | $185.50 |
| 11/6/2014 | LARIOS: Draft and file motion for default judgment | K.V.O. | 1.50 | $397.50 |
| **SUBTOTAL:** | | | **30.70** | **$8,135.00** |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 9/11/2013 | Filing Fee:  Original Complaint | $400.00 |
| 10/6/2013 | PCP:  Service of Process fees | $125.00 |
| 6/20/2014 | Expert Consulting - M. Jennings | $17.50 |
| SUBTOTAL: | | $542.50 |

**TOTAL: $8,678.00**