# Kerry V. O'Brien

1011 Westlake Drive
Austin, Texas 78746
office: (512) 410-1960
fax: (512) 410-6171
cell: (512) 415-7095
ko@obrienlawpc.com
Texas Bar No. 24038469
J.D., The University of Texas at Austin, May 2002

### O'Brien Law Firm PC
*Solo Practitioner,* Austin, 8/08 - present

Solo practitioner handling labor, employment and commercial litigation in central Texas and around the state.

### Knight & Partners
*Associate Attorney for Litigation,* Austin, 8/07 – 8/08

Served as the firm's litigation attorney for its central Texas city-clients, including Leander, Kyle, Manor, Jonestown and Lago Vista.  In addition, prosecuted municipal court misdemeanor cases in 11 cities in central Texas.

### Office of the Attorney General
*Assistant Attorney General, Tort Litigation Division,* Austin, 12/03 - 8/07

Handled nine civil trials as first chair, seven civil appeals, 70 workers' compensation administrative hearings and over 20 administrative appeals for cases around the state on behalf of state agencies and the UT and A&M Systems.

### Texas Workforce Commission
*Hearing Officer,* Austin, 11/02 - 10/03

Presided over more than 700 administrative hearings on unemployment insurance and benefits issues.

### Memberships
Member, State Bar of Texas
      Civil Litigation Section
      Employment Law Section
      Workers' Compensation Section
Member, College of the State Bar of Texas
Member, Austin Bar Association

Licensed to practice in all federal districts in Texas.

### Relevant Presentations
6/2010      ADR, Settlement and Trial of Personal Injury Cases
      Personal Injury Practice for Paralegals

2011-2014    Presenter, Employment Law for Employees
      The People's Law School (annual event each February)