IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOEY VILLARREAL, PETE VILLARREAL, ARNULFO ALEJO, JOSE LUIS GOMEZ, ANGEL R. BUNDALI, MARVIN APLICANO and BOBBY LARIOS, | § § § § § § | CIVIL ACTION NO. 4:13-CV-2662 |
| Plaintiffs, | § § | |
| v. | § § | |
| SAMARIPA OILFIELD SERVICES, LLC and AMY SAMARIPA, | § § § § | |
| Defendants. | § | |

**ORDER ON PLAINTIFFS' APPLICATION FOR AWARD OF ATTORNEY FEES, COSTS AND EXPENSES**

On this, the _____ day of _____ 2015, came on to be heard Plaintiffs' Motion for Award of Attorney Fees and Costs. After considering the pleadings on file and arguments of the parties, it is the decision of this Court that the requested attorney's fee and costs shall be AWARDED to Plaintiffs.

It is therefore ORDERED that Plaintiffs be awarded an attorney's fee and costs in the amount of $8,678.00 (EIGHT THOUSAND SIX HUNDRED SEVENTY-EIGHT AND XX/100) as a result of the summary judgment issued on December 29, 2014 (Dkt. No. 28).

So ORDERED this _____ day of _____ 2015.

_____
Presiding Judge